by the People of the State of New York against Whitmel H. Smith.

PER CURIAM. Judgment of conviction of the County Court of Kings County affirmed.

CARR, J., not voting.

PEOPLE, Appellant, v. SMITH, Respondent. (Supreme Court, Appellate Division, Fourth Department. January 29, 1915.) Proceeding by the People of the State of New York against Gersham Smith. No opinion. Judgment affirmed, with costs.

PEOPLE v. STEEPLECHASE PARK CO. et al. (Supreme Court, Appellate Division, Second Department. February 5, 1915.) Proceeding by the People of the State of New York against the Steeplechase Park Company and others. No opinion. Motion granted. Settle order before the Presiding Justice on February 8, 1915, at 10 a. m. See, also, 151 N. Y. Supp. 157.

PEOPLE, Respondent, v. TALBOT, Appellant. (Supreme Court, Appellate Division, First Department. February 5, 1915.) Proceeding by the People of the State of New York against William Talbot. S. R. Lash, of New York City, for appellant. S. L. Richter, of New York City, for the People. No opinion. Judgment affirmed. Order filed.

PEOPLE, Respondent, v. URTEL, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 20, 1915.) Proceeding by the People of the State of New York against Philip Urtel. No opinion. Appeal dismissed. Held, the question of jurisdiction sought to be raised is not properly presented by the record.

PEOPLE, Respondent, v. WHITLOCK, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 29, 1915.) Proceeding by the People of the State of New York against S. Benedict Whitlock.

PER CURIAM. Judgment of conviction affirmed.

LAMBERT, J., dissents.

PEOPLE, Respondent, v. WILLBRANDT, Appellant. (Supreme Court, Appellate Division, Second Department. January 22, 1915.) Proceeding by the People of the State of New York against Selma Willbrandt. No opinion. Motion denied, on condition that appellant perfect the appeal, place the case on the March calendar of 1915, and be ready for argument when reached; otherwise, motion granted.

PEOPLE, Respondent, v. WILLBRANDT, Appellant. (Supreme Court, Appellate Division, Second Department. January 22, 1915.) Proceeding by the People of the State of New York against William Willbrandt. No opinion. Motion denied, on condition that appellant perfect the appeal, place the case on the March calendar of 1915, and be ready for argument when reached; otherwise, motion granted.

151 N.Y.S.—72

PEOPLE, Respondent, v. ZRAKE, Appellant. (Supreme Court, Appellate Division, Second Department. December 31, 1914.) Proceeding by the People of the State of New York against William Zrake. No opinion. Judgment of conviction of the Court of Special Sessions affirmed.

PEOPLE ex rel. BOWERY BAY BUILDING & IMPROVEMENT CO., Appellant, v. PURDY et al., Tax Com'rs, Respondents. (Supreme Court, Appellate Division, Second Department. December 24, 1914.) Proceeding by the People of the State of New York, on the relation of the Bowery Bay Building & Improvement Company, against Lawson Purdy and others, Commissioners of Taxes and Assessments, etc. No opinion. Motion for reargument (of 149 N. Y. Supp. 1103) denied, with $10 costs.

PEOPLE ex rel. BOYE v. WALDO, Police Com'r. (Supreme Court, Appellate Division, Second Department. February 11, 1915.) Proceeding by the People of the State of New York, on the relation of Charles G. C. Boye, against Rhinelander Waldo, as Police Commissioner of the City of New York.

PER CURIAM. Determination confirmed, and writ dismissed, with $50 costs and disbursements.

BURR, J., not voting.

PEOPLE ex rel. BROCK, Respondent, v. ANSCO CO., Appellant. (Supreme Court, Appellate Division, First Department. January 29, 1915.) Proceeding by the People of the State of New York, on the relation of Charles Brock, against the Ansco Company. C. A. Brodek, of New York City, for appellant. B. D. Whedon, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

PEOPLE ex rel. BROMLEY v. CROPSEY. (Supreme Court, Appellate Division, First Department. January 29, 1915.) Proceeding by the People of the State of New York, on the relation of Ernest C. Bromley, against James C. Cropsey, Commissioner. No opinion. Motion to dismiss writ granted, with $10 costs. Order filed.

PEOPLE ex rel. BUCK, Respondent, v. WILLIAMS, Appellant. (Supreme Court, Appellate Division, Second Department. February 11, 1915.) Proceeding by the People of the State of New York, on the relation of John S. Buck, against William Williams, as Commissioner of Water Supply, Gas, and Electricity.

PER CURIAM. Order (of 148 N. Y. Supp. 1136) reversed, on reargument, without costs, in accord with the terms of the opinion per curiam in People ex rel. Finch v. Williams, 151 N. Y. Supp. 271, decided January 8, 1915. Settle order before the Presiding Justice. See, also, 150 N. Y. Supp. 1103.

PEOPLE ex rel. BUCKLAND v. WALDO, (Supreme Court, Appellate Division, First De-